CI

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARTHUR OJO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TABB INC.,<br><br>Defendants. | **Civil Action No. 26-04011 (SRC)**<br><br>**ORDER** |

**CHESLER, District Judge**

This matter having come before the Court on its Order Granting Leave to File an Amended Complaint of August 13, 2026 (Docket Entry No. 22), granting Plaintiff leave to file an amended complaint within 30 days of the issuance of the order granting Defendant's motion to dismiss for failure to state a claim; and the deadline for filing an amended complaint having expired without one filed, this case is hereby closed.

**SO ORDERED.**

s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J

October 20, 2026